Stephanie R. Tatar (237792)
TATAR LAW FIRM, APC
3500 West Olive Avenue, Suite 300
Burbank, CA 91505
Telephone: (323) 744-1146
Facsimile: (888) 778-5695

*Attorneys for Plaintiff Tracy A. Decker*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY A. DECKER<br><br>**Plaintiff,**<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>**Defendant.** | Civil Action No. 8:14-cv-1424<br><br>**COMPLAINT FOR VIOLATION OF FAIR CREDIT REPORTING ACT**<br><br>**DEMAND FOR JURY TRIAL** |

## I.
### PRELIMINARY STATEMENT

1. This is an action for damages brought by individual consumer, Tracy A. Decker, against Defendant for violations of the Fair Credit Reporting Act (hereinafter the "FCRA").

## II.
### JURISDICTION AND VENUE

2. Jurisdiction of this Court arises under 15 U.S.C. § 1681p, 28 U.S.C. §§ 1331 and 1337.

3. Venue lies properly in this district pursuant to 28 U.S.C. § 1391(b).

## III.

### PARTIES

4. Plaintiff Tracy A. Decker is an adult individual who resides at Petersburg, IN.

5. Defendant Experian Information Solutions, Inc. is a business entity that regularly conducts business in the Central District of California, and which has its headquarters and a principal place of business located at 475 Anton Boulevard, Costa Mesa, California 92626.

## IV.

### FACTUAL ALLEGATIONS

6. Defendant has been reporting derogatory and inaccurate statements and information relating to Plaintiff and Plaintiff's credit history to third parties (hereafter the "inaccurate information") from at least February 2014 through the present.

7. The inaccurate information includes, but is not limited to, accounts with Fox Collection Center, Tate & Kirlin Assoc., GLA Collection Co. Inc., Hillcrest Credit AGN, Med-1 Solutions, AFNI, Credit Protection Asso. and other personal information that does not belong to Plaintiff.

8. The inaccurate information negatively reflects upon the Plaintiff, Plaintiff's credit repayment history, Plaintiff's financial responsibility as a debtor and Plaintiff's credit worthiness. The inaccurate information consists of accounts and/or tradelines that do not belong to the Plaintiff, and that actually belong to another consumer. Due to Defendant's faulty procedures, Defendant mixed the credit file of Plaintiff and that of another consumer with respect to the inaccurate information and other personal identifying information.

9. Defendant has been reporting the inaccurate information through the issuance of false and inaccurate credit information and consumer credit reports that

it has disseminated to various persons and credit grantors, both known and unknown.

10. Plaintiff has applied for and has been denied various loans and extensions of consumer credit and the basis for these denials was the inaccurate information that appears on Plaintiff's credit reports, which was a substantial factor for those denials.

11. Plaintiff's credit reports and file have been obtained from Defendant and have been reviewed by prospective and existing credit grantors and extenders of credit, and the inaccurate information has been a substantial factor in precluding Plaintiff from receiving credit offers and opportunities, known and unknown.

12. As a result of Defendant's conduct, Plaintiff has suffered actual damages in the form of lost loan and credit opportunities, harm to credit reputation and credit score, and emotional distress.

13. At all times pertinent hereto, Defendant was acting by and through its agents, servants and/or employees who were acting within the course and scope of their agency or employment, and under the direct supervision and control of the Defendant herein.

14. At all times pertinent hereto, the conduct of the Defendant, as well as that of its agents, servants and/or employees, was malicious, intentional, willful, reckless, and in grossly negligent disregard for federal and state laws and the rights of the Plaintiff herein.

## V.

### FIRST CLAIM FOR RELIEF – EXPERIAN

*Violation of FCRA*

15. Plaintiff incorporates the foregoing paragraphs as though the same were set forth at length herein.

16. At all times pertinent hereto, Defendant was a "person" and "consumer reporting agency" as those terms are defined by 15 U.S.C. § 1681a(b) and (f).

1  17.  At all times pertinent hereto, the Plaintiff was a "consumer" as that term is defined by 15 U.S.C. § 1681a(c).

18.  At all times pertinent hereto, the above-mentioned credit reports were "consumer reports" as that term is defined by 15 U.S.C. § 1681a(d).

19.  Pursuant to 15 U.S.C. § 1681n and 15 U.S.C. § 1681o, Defendant is liable to the Plaintiff for willfully and negligently failing to comply with the requirements imposed on a consumer reporting agency of information pursuant to 15 U.S.C. §§ 1681e.

20.  The conduct of Defendant was a direct and proximate cause, as well as a substantial factor, in bringing about the serious injuries, actual damages and harm to the Plaintiff that are outlined more fully above and, as a result, Defendant is liable to the Plaintiff for the full amount of statutory, actual and punitive damages, along with the attorneys' fees and the costs of litigation, as well as such further relief, as may be permitted by law.

## VI.
### JURY TRIAL DEMAND

21.  Plaintiff demands trial by jury on all issues so triable.

## VII.
### PRAYER FOR RELIEF

WHEREFORE, Plaintiff seeks judgment in Plaintiff's favor and damages against the Defendant, based on the following requested relief:

(a)  Actual damages;

(b)  Statutory damages;

(c)  Punitive damages;

(d)  Costs and reasonable attorneys' fees pursuant to 15 U.S.C. §§ 1681n and 1681o;

1         (e)    Such other and further relief as may be necessary, just and proper.

Dated: September 5, 2014

            Respectfully Submitted,

            _____
            Stephanie R. Tatar
            Tatar Law Firm, APC
            3500 West Olive Avenue
            Suite 300
            Burbank, CA 91505
            Telephone: (323) 744-1146
            Facsimile: (888) 778-5695